# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHRISTIAN DEXTER BYRD,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV87-2-V

DECISION BY COURT.  This action having come before the Court motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2009, Order.

Signed: August 6, 2009

Frank G. Johns, Clerk
United States District Court